UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EDDIE L. HATCH JR., et al.,

    Plaintiffs,

v.

                       Case No. 20-CV-1791-JPS

THE CITY OF MILWAUKEE, et al.,

    Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Civil L.R. 7(e)(1), Attorney Domonic A. Burke of Kasdorf, Lewis, & Swietlik, S.C. withdraws as counsel for the defendants Havenwoods HEDC/BID #31 (more properly identified as Havenwoods Economic Development Corporation), Angelique Sharp (in her personal capacity), and Stephanie Harling. Attorney Michael S. Murray of Kasdorf, Lewis & Swietlik, S.C., already of record, will remain lead counsel of record for said defendants. Please remove Atty. Burke from the Court's service list and all future ECF filings.

Dated: February 2, 2023

                                          */s/ Domonic A. Burke*
                                          Domonic A. Burke (Wis. SBN: 1104690)
                                          **KASDORF, LEWIS & SWIETLIK, S.C.**
                                          One Park Plaza, Suite 500
                                          11270 West Park Place
                                          Milwaukee, WI 53224
                                          Tel: (414) 577-4000
                                          Fax: (414) 577-4400
                                          Email: dburke@kasdorf.com

                                          *Attorney(s) for Defendants, Havenwoods HEDC/BID #31 (more properly identified as Havenwoods Economic Development Corporation), Angelique Sharp (in her personal capacity), and Stephanie Harling.*

# CERTIFICATE OF SERVICE

I hereby certify that, on February 2, 2023, true and correct copies of the foregoing document and of this "Certificate of Service" were served upon users of the CM/ECF system by filing a true and correct copy of the same with the Court and thus effectuating electronic service upon any such users. I further certify that, on the above referenced date, true and correct copies of the foregoing document and of this "Certificate of Service" were served by traditional means upon all participants in this case who are *not* registered users of the CM/ECF system. Specifically, I certify that such service was accomplished by depositing true and correct copies of the foregoing in the U.S. Mail, postage pre-paid, to each of the below recipients, addressed as follows:

| | |
|---|---|
| Mr. Eddie Hatch, Jr. | Ms. Michelle Davis Hatch |
| 4843 N. 25th Street | 4843 N. 25th Street |
| Milwaukee, WI 53209 | Milwaukee, WI 53209 |

Dated: February 2, 2023

*/s/ Domonic A. Burke*
Domonic A. Burke (Wis. SBN: 1104690)
**KASDORF, LEWIS & SWIETLIK, S.C.**
One Park Plaza, Suite 500
11270 West Park Place
Milwaukee, WI 53224
Tel: (414) 577-4000
Fax: (414) 577-4400
Email: dburke@kasdorf.com

*Attorney(s) for Defendants, Havenwoods HEDC/BID #31 (more properly identified as Havenwoods Economic Development Corporation), Angelique Sharp (in her personal capacity), and Stephanie Harling.*